```
           FILED        ENTERED
           LODGED       RECEIVED
              OCT 07 2003    PM
                 AT SEATTLE
           CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
        BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR03 0433 RSM |
| Plaintiff, | INFORMATION |
| v. | (MISDEMEANOR) |
| MANRAJ KAMOH, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about June 2002 and in or about September 2002, at Kirkland, Washington, within the Western District of Washington, MANRAJ KAMOH, an employee of Washington Mutual Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud the bank, did knowingly and willfully embezzle and misapply the money, funds, and credits of the bank which had come into his possession and under his care by virtue of his duties as a teller at the bank, in that MANRAJ KAMOH took money and funds of Washington

INFORMATION/KAMOH - 1



03-CR-00433-INFO

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

Mutual Bank without the knowledge and authorization of the bank, and applied the funds for his own use and benefit.

All in violation of Title 18, United States Code, Section 656.

DATED this __7__ day of __OCTOBER__, 2003.

[signature] for

JOHN McKAY
UNITED STATES ATTORNEY

[signature]

SUSAN M. HARRISON
ASSISTANT UNITED STATES ATTORNEY

**INFORMATION/KAMOH - 2**