AO 245D (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

UNITED STATES OF AMERICA
v.
MANRAJ SINGH KAMOH

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: CR03-0433RM-001
USM Number: None

Lennard Anthony Nahajski
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) ~~1 and~~ 2 of the terms of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| ~~1~~ | ~~Using opiate Oxycodone, in violation of standard condition #7.~~ | 10/11/05 & 10/22/05 |
| 2 | Failing to reside in and satisfactorily participate in a community sanction center program for up to 120 days or until discharged by the center director with the approval of the U.S. Probation Officer, in violation of the special condition requiring his participation in the program. | 10/31/05 |

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) __1__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2725
(Last four digits only)
Defendant's Date of Birth: XX-XX-1984

SUSAN M. HARRISON
Assistant United States Attorney

NOVEMBER 22, 2005
Date of Imposition of Judgment

Signature of Judge

03-CR-00433-REQ

MARY ALICE THEILER
United States Magistrate Judge

November 22, 2005
Date

AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: MANRAJ SINGH KAMOH
CASE NUMBER: CR03-0433RM-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : __FOUR (4) MONTHS__

__WITH CREDIT FOR TIME SERVED__

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12/19/05__ to __FDC SEATAC__
at __SEATAC, WA__ with a certified copy of this judgment.

__Robert J. Palmquist, Warden__
~~UNITED STATES MARSHAL~~

By _____ LIE
~~DEPUTY UNITED STATES MARSHAL~~

AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT: MANRAJ SINGH KAMOH
CASE NUMBER: CR03-0433RM-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : __ONE (1) YEAR__

- ■ The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

- ■ The defendant shall not commit another federal, state or local crime.

- ☐ The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, up to a maximum of _____ tests per month at dates and times directed by the U.S. Probation Officer.

- ■ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

- ■ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
           Sheet 3A — Supervised Release

Judgment—Page 4 of 4

DEFENDANT:      MANRAJ SINGH KAMOH
CASE NUMBER:    CR03-0433RM-001

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall be prohibited from possessing a firearm or destructive device as defined in 18 U.S.C., § 921.

2. The defendant shall submit to mandatory drug testing pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d). _____ YES __X__ NO

3. The defendant shall submit to a search of his person, residence, office, property, storage unit, or vehicle conducted in a reasonable manner and at a reasonable time by a probation officer.

4. ~~The defendant shall complete 200 hours of community service as approved and directed by his probation officer, to be completed within the first 2 years of supervision.~~

5. ~~Restitution in the amount of $3,363.21 is due immediately, with credit for amounts previously paid. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than _____ % of your gross monthly household income. Interest on the restitution shall be waived.~~

6. ~~A fine in the amount of $250 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than _____ % of your gross monthly household income. Interest on the fine shall be waived.~~

7. The defendant shall provide his/her probation officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of defendant's Federal Income Tax Returns.

8. The defendant shall be restricted from employment with direct access to cash, credit or other monetary instruments unless approved by his U.S. Probation Officer.

9. The defendant shall participate as instructed by his Probation Officer in a program approved by the Probation Office for treatment of narcotic addiction or drug dependency, which may include testing to determine if he has reverted to the use of drugs. He shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. He must contribute towards the cost of any treatment or drug testing, to the extent he is financially able to do so, as determined by the U.S. Probation Office.

10. The defendant shall reside in a community corrections center and/or comprehensive sanction center program as a condition of supervision for up to 120 days or until discharged by the center director with the approval of the U.S. Probation Officer. He shall also be responsible for a 25% gross income subsistence fee.