UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANRAJ SINGH KAMOH,<br><br>Defendant. | CASE NO. CR03-433 MAT<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 28, 2006. The United States was represented by Susan Harrison. The defendant was represented by Lennard Nahajski. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Embezzlement by a Bank Employee on or about January 28, 2004. The Hon. Ricardo S. Martinez of this court sentenced Defendant to three years of supervised release. The original sentenced was revoked on November 22, 2006 due to probation violation. The Hon. Mary Alice Theiler sentenced defendant to an additional four months confinement with credit for time served.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

// // //

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Steve McNickle for Margaret K. Kellow alleged that Defendant violated the conditions of supervised release in six respects:

(1) Committing the crime of theft (a misdemeanor) on or about May 13, 2006 and May 14, 2006, in violation of the general condition that he not commit a federal, state or local crime.

(2) Failing to cooperate with the CCC by deviating from his scheduled passes on or about May 18, 19, 20, 21, 25, 26, 27, 28, and June 1, 2, 3, 4, 8, 9, 2006, in violation of the special condition that he comply with the CCC rules.

(3) Failing to notify the probation officer of a change in employment, in violation of standard condition number 6.

(4) Using opiate 0Oxycodone on or about May 25, 2006, in violation of standard condition number 7.

(5) Failing to reside in and satisfactorily participate in a community corrections center and/or comprehensive sanction center program, or about June 10, 2006, in violation of the special condition that he reside in the CCC until discharged by the center director, with the approval of the probation officer.

(6) Failing to participate as instructed by his probation officer, in a program for treatment of narcotic addiction or drug dependency on or about June 15, 2006, in violation of the special condition requiring his participation.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing, the defendant admitted violations one through six, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Mary Alice Theiler.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained based on failure to comply with CCC status, pending a final determination by the court.

DATED this 28th day of June, 2006.

*[signature: M. Benton]*

MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge          :  Hon. Mary Alice Theiler
     Assistant U.S. Attorney   :  Susan Harrison
     Defense Attorney          :  Lennard Nahajski
     U. S. Probation Officer   :  Margaret K. Kellow

PROPOSED FINDINGS
PAGE -3-