AO 245D  (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| MANRAJ SINGH KAMOH | Case Number: CR03-0433RM |
| | USM Number: 35666-086 |
| | __LENNARD ANTHONY NAHAJSKI__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of conditions __1 through 6__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committing the crime of theft (a misdemeanor), in violation of the general condition that he not commit a federal, state or local crime. | 5/13/06 & 5/14/06 |
| 2 | Failing to cooperate with the CCC by deviating from his scheduled passes, in violation of the special condition that he comply with the CCC rules. | May 18, 19, 20, 21, 25, 26, 27, 28 and June 1, 2, 3, 4, 8, & 9, 2006 |
| 3 | Failing to notify the probation officer of a change in employment, in violation of standard condition #6. | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

SUSAN M. HARRISON
Assistant United States Attorney

__JULY 14, 2006__
Date of Imposition of Judgment

_/s/ signature_
Signature of Judge

THE HONORABLE MARY ALICE THEILER
United States Magistrate Judge

__7-14-06__
Date

AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
          Sheet 1A

Judgment—Page 2 of 3

DEFENDANT:     MANRAJ SINGH KAMOH
CASE NUMBER:   CR03-0433RM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Using opiate Oxycodone, in violation of standard condition #7. | 5/25/06 |
| 5 | Failing to reside in and satisfactorily participate in a community corrections center and/or comprehensive sanction center program, in violation of the special condition that he reside in the CCC until discharged by the center director, with the approval of the probation officer. | 6/10/06 |
| 6 | Failing to participate as instructed by his probation officer in a program for treatment of narcotic addiction or drug dependency, in violation of the special condition requiring his participation. | 6/15/06 |

AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
    Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: MANRAJ SINGH KAMOH | Judgment — Page 3 of 3 |
| CASE NUMBER: CR03-0433RM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: _NINE (9) MONTHS_

☐ The court makes the following recommendations to the Bureau of Prisons: _WITH CREDIT FOR TIME SERVED_

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL